# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>    PARKER, | ) <br> ) | Case No. 2:10-cv-1028 |
|     Plaintiff, | ) <br> ) | Judge Frost |
| v. | ) <br> ) | Magistrate Judge Deavers |
| TESTECH, INC., et. al., | ) <br> ) <br> ) | FILED UNDER SEAL |
|     Defendants. | ) | |

## UNITED STATES' MOTION TO REOPEN CASE, NOTICE OF INTERVENTION AND EX PARTE MOTION FOR ORDER LIFTING SEAL

The United States hereby moves the Court to administratively reopen this case. On or about March 3, 2011, the Court entered an Order Administratively Closing Case. Pursuant to the False Claims Act, as amended, 31 U.S.C. §§ 3729 et seq., the United States hereby notifies the Court of its decision to intervene in this case and respectfully applies to the Court for an order lifting the seal.

The United States of America, acting through the United States Department of Justice and on behalf of the United States Department of Transportation (collectively the "United States"), TesTech, Inc., Sherif Aziz, Shery Oakes, David Oakes, CESO International, LLC, CESO Testing Technology, Inc.,and CESO Inc. (collectively "Defendants"), and Ryan Parker (hereafter collectively referred to as "the Parties") have concluded a final settlement of this matter that contemplates: (1) execution of a settlement agreement by the parties; (2) payment by Defendants of the amounts set forth in the settlement agreement within one hundred twenty (120) days of this

Notice of Intervention; and (3) the United States and Relator filing a Stipulation of Dismissal of this action.

Accordingly, and in anticipation of filing the stipulation of dismissal, the United States requests this Court enter an Order, in the form attached hereto, that administratively reopens the case, and lifts the seal as to the complaint filed herein, any amended complaints, this Notice of Intervention, and all pleadings filed subsequent to this Notice of Intervention.  It is respectfully requested that all other pleadings filed in this case remain under seal as such pleadings were provided to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended, and that the Court retain jurisdiction to address any disputes arising under the settlement agreement entered by the parties.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

CARTER STEWART
United States Attorney

 s/Andrew Malek
ANDREW MALEK (Bar No. 0061442)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Tel:   (614) 469-5715

MICHAEL D. GRANTSON
JAMIE A. YAVELBERG
DANIEL HUGO FRUCHTER
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC   20044
Tel:   (202) 305-2035
Counsel for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intervention was served on June 5, 2013, by first class mail to the following:

Frederick M. Morgan, Jr.
Jennifer M. Verkamp
MORGAN VERKAMP LLC
700 Walnut Street, Suite 400
Cincinnati, Ohio 45212
Counsel for relator

                                                 s/Andrew M. Malek
                                                 ANDREW M. MALEK (0061442)
                                                 Assistant United States Attorney