**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RYAN PARKER, | : : : |
| Plaintiff and Relator | : Case No. 10-cv-1028 : |
| v. | : Judge Frost : : |
| TESTECH INC., et al., | : : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

The undersigned parties by their counsel, having resolved this matter, hereby agree to the dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b) on the following terms:

As to the United States of America, this action is to be dismissed with prejudice as to the Covered Conduct defined in the settlement agreement entered by the parties, and without prejudice as to all other matters.  As to Relator, Ryan Parker, this action is to be dismissed as to all defendants with prejudice, except that the Court is asked to retain jurisdiction for purposes of enforcing the settlement agreement, which requires a final payment of settlement funds in 120 days, and for purposes of adjudicating, if necessary, Relator's petition for attorney fees and expenses pursuant to the False Claims Act, 31 U.S.C. § 3730(d).

A proposed order accompanies this stipulation.

Respectfully submitted,

| | |
|---|---|
| /s/ Andrew M. Malek | /s/ Frederick M. Morgan, Jr. |
| Andrew M. Malek (0061442) | Frederick M. Morgan, Jr. (0027687) |
| Assistant United States Attorney | Jennifer M. Verkamp (0067198) |
| Southern District of Ohio | Morgan Verkamp LLC |
| 303 Marconi Blvd., Suite 200 | 700 Walnut St., Suite 400 |
| Columbus, Ohio, 43215 | Cincinnati, Ohio 45202 |
| Tel. (614) 469-5715 | Tel. (513) 651-4400 |
| andrew.malek@usdoj.gov | Rick.Morgan@morganverkamp.com |
| | |
| Daniel Hugo Fruchter | Counsel for Relator Ryan Parker |
| Trial Attorney, Civil Frauds Section | |
| United States Department of Justice | |
| 601 D Street Northwest | |
| Washington, D.C.  20530 | |
| Tel. (202) 305-2035 | |
| Daniel.Fruchter@usdoj.gov | |

Counsel for the United States of America