UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RYAN PARKER, Plaintiff and Relator v. TESTECH INC., et al., Defendants. | Case No. 2:10-cv-1028 Judge Frost |

### ORDER OF DISMISSAL

The Court, having been advised that this False Claims Act action has been resolved, and upon review of the Stipulation of Dismissal, hereby approves said Stipulation of Dismissal as follows:

1) As to Relator, Ryan Parker, this case is dismissed with prejudice;

2) As to the United States of America, this case is dismissed with prejudice as to the Covered Conduct defined in the Settlement Agreement entered by the parties, and without prejudice as to all other matters; and

3) The Court retains jurisdiction to enforce the Settlement Agreement should such proceedings become necessary, and retains jurisdiction to determine the fees and expenses to be paid to Relator's counsel.

IT IS SO ORDERED.

_6/11/13_
Dated

_____
UNITED STATES DISTRICT JUDGE